**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1183**

———————

KAMRAN TAVAKOLI-NOURI,

Plaintiff - Appellant,

versus

NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a
Amtrak; MICHAEL BIBLEHIMER; MARILYN C.
BROOKHARDT,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-99-
3632-AMD)

———————

Submitted: April 13, 2000          Decided: April 20, 2000

———————

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Kamran Tavakoli-Nouri, Appellant Pro Se. Patricia McHugh Lambert,
Stuart Schad, HODES, ULMAN, PESSIN & KATZ, P.A., Towson, Maryland,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kamran Tavakoli-Nouri appeals from the district court's order denying his motion to reconsider an earlier order denying a motion to remand. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, see 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders. See 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2